** COUNTY VEHICLES — INSURANCE POLICY — LIABILITY INSURANCE ** THE OPERATORS OF COUNTY OWNED MOTOR VEHICLES ARE NOT REQUIRED UNDER THE MOTOR VEHICLE SAFETY RESPONSIBILITY ACT TO PROCURE OPERATOR'S POLICY OF LIABILITY INSURANCE OR IN ANY OTHER WAY TO COMPLY WITH THE PROVISIONS OF SAID ACT WHILE IN THE PERFORMANCE OF. SEE: TORT CLAIMS ACT, THIS OPINION IS NULL AND VOID CITE: OPINION NO. DECEMBER 17, 1949 — REED, 19 O.S. 339 [19-339], 47 O.S. 533 [47-533] (J. WALKER FIELD)